RECEIVED
IN MONROE, LA
JUL 7 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LONNIE MOORE | CIVIL ACTION NO. 08-0419 |
| VS. | SECTION P |
| STATE OF LOUISIANA | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

Alternatively, to the extent that Petitioner seeks or might seek only to enforce the right to speedy trial,

**IT IS FURTHER ORDERED** that the petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available state remedies.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this _7_ day of _July_, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE